

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| KEVIN MCCURE, | § | No. 08-12-00370-CV |
| Appellant, | § | Appeal from the |
| v. | § | 83rd Judicial District Court |
| CRYSTAL MCCURE, | § | of Pecos County, Texas |
| Appellee. | § | (TC#P-7082-83-CV) |
| | § | |

## MEMORANDUM   OPINION

This case is before the Court on our own motion to determine whether it should be dismissed for failure to pay the required filing fee.   We will dismiss.

The Clerk of this Court notified Appellant that he failed to pay the required filing fee and that the case filing fee must be paid, or the appeal would be subject to dismissal.   A second letter was sent to Appellant on January 16, 2013, advising that the filing fee of $175 would need to be paid by February 5, 2013, and Appellant was advised that failure to pay the required filing fee may result in dismissal of the case.   No filing fee was paid as of that date.

Pursuant to TEX.R.APP.P. 42.3(b) and (c) we dismiss this case for want of prosecution and for failing to comply with actions within certain periods of time.

February 27, 2013

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.